## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TAMALYN S. ANEN, on behalf of** | : |
| **herself and others similarly situated** | : |
| Plaintiff | : |
| v. | :     **CIVIL ACTION NO. 18-2154** |
| | . |
| **POWELL TRACHTMAN, P.C.** | : |
| and | . |
| **POWELL, TRACHTMAN, LOGAN,** | . |
| **CARRLE & LOMBARDO, P.C.** | : |
| and | : |
| **POWELL LEGAL GROUP, P.C.** | : |
| and | : |
| **DAVID T. BOLGER** | : |
| and | : |
| **MICHAEL G. TRACHTMAN** | : |
| and | . |
| **GUNTHER O. CARRLE** | . |
| and | : |
| **PAUL A. LOGAN** | |
| Defendants | . |

## ORDER

AND NOW, this ___3rd___ day of ___January___, 2019,

upon consideration of Plaintiffs' and Defendants' Joint Motion to Approve Settlement and

consideration of the material terms of the agreed-upon settlement of this action, and having

concluded, pursuant to 29 U.S.C. § 216(b), that the agreed-upon settlement of this action represents

a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act, it is

hereby **ORDERED** and **DECREED** that the Joint Motion is **GRANTED** and the settlement of

this action is hereby **APPROVED** and the matter is **DISMISSED WITH PREJUDICE**.

BY THE COURT:

_____
Mitchell S. Goldberg, J.